IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PAMELA R. LAY, BRIAN DUCOTE, RYAN JETER, ALYSSA JAYNES, MARCUS DEVANE, AND SIMON SUAREZ, ON BEHALF OF THEMSELVES AND ALL, OTHERS SIMILARLY SITUATED, <br><br>*Plaintiffs,*<br><br>V.<br><br>SPECTRUM CLUBS, INC., GOLD'S GYM INTERNATIONAL, INC.; GOLD'S TEXAS HOLDINGS GROUP, INC., GBG, INC.; GOLD'S ALAMBAMA, LLC; GOLD'S GYM ROCKIES, LLC; GOLD'S HOLDINGS CORP.; GOLD'S OKLAHOMA, LLC; GOLD'S ST. LOUIS, LLC;<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § | Civ. No. 5:12-cv-00754-DAE<br><br>JURY DEMANDED |

**JOINT MOTION TO APPROVE FLSA SETTLEMENT AND TO DISMISS CLAIMS AGAINST DEFENDANT SPECTRUM CLUBS, INC.**

Plaintiffs and Defendant Spectrum Clubs, Inc. ("Spectrum") file this Joint Motion to Approve FLSA Settlement and To Dismiss Claims Against Defendant Spectrum Clubs, Inc., and in support thereof, state as follows:

This is an action for unpaid wages under the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. § 201 *et seq.* Plaintiffs asserted they and other individuals similarly situated to Plaintiffs were owed unpaid overtime wages based on their work for Defendant Spectrum. Spectrum denies Plaintiffs' allegations. The parties have reached a resolution of this matter and entered into confidential settlement agreements, which they have requested be filed under seal or inspected by the Court *in camera*. The parties agree that the settlement agreements reflect a fair and reasonable compromise of Plaintiffs' claims. (See

Exhibit A). Therefore, the parties jointly request the Court approve their settlement and dismiss this case with prejudice.

Wherefore, the parties respectfully request that the Court dismiss Plaintiffs' claims against Spectrum Clubs, Inc. with prejudice and approve the Settlement.

Respectfully submitted,

/s/ Lawrence Morales II
Lawrence Morales II
State Bar No. 24051077
**THE MORALES FIRM, P.C.**
115 E. Travis, Suite 1530
San Antonio, Texas 78205
Telephone No. (210) 225-0811
Facsimile No. (210) 225-0821
lawrence@themoralesfirm.com

*ATTORNEY FOR PLAINTIFFS*

Respectfully submitted,

/s/ Christopher L. Williams
Christopher L. Williams
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
Telephone No. (504) 210-2033
Facsimile No. (504) 310-2022
cwilliams@proskauer.com

*ATTORNEY FOR SPECTRUM*

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with Gold's Gym's counsel Brian Jorgensen concerning the contents of this Motion. Mr. Jorgensen indicated that the Gold's Gym defendants did not oppose this Motion.

/s/ Lawrence Morales II
Lawrence Morales II

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2013, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to admitted counsel of record:

Richard G. Garza
Melodee L. Gruber
Jackson Walker, LLP
112 East Pecan Street, Suite 2400
San Antonio, Texas 78205

Anthony J. Oncidi
Proskauer Rose LLP
2049 Century Park East
32nd Floor
Los Angeles, CA 90067

Christopher L. Williams
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130

Brian M. Jorgensen
Natalie Oehninger
Mark J. Tindall
Jones Day
2727 North Harwood Street
Dallas, Texas 75201

Michael J. Gray
Jones Day
77 West Wacker
Chicago, IL 60601-1692

/s/ Lawrence Morales II
Lawrence Morales II