IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| PAMELA R. LAY, BRIAN DUCOTE, RYAN JETER, ALYSSA JAYNES, MARCUS DEVANE, AND SIMON SUAREZ, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>SPECTRUM CLUBS, INC.; GOLD'S GYM INTERNATIONAL, INC.; GOLD'S TEXAS HOLDINGS GROUP, INC.; GBG, INC.; GOLD'S ALABAMA, LLC; GOLD'S GYM ROCKIES, LLC; GOLD'S HOLDINGS CORP.; GOLD's OKLAHOMA, LLC, GOLD'S ST. LOUIS, LLC;<br><br>        Defendants. | CV. NO. SA-12-CV-00754-DAE |

ORDER: (1) APPROVING FLSA SETTLEMENT AND DISMISSING CLAIMS
AGAINST DEFENDANT SPECTRUM CLUBS, INC.; (2) PERMITTING
<u>FILING OF SETTLEMENT UNDER SEAL</u>

        Before the Court is the Joint Motion to Approve Settlement (Dkt # 96) and the Joint Motion to File Settlement Under Seal (Dkt. # 97) brought by Defendant Spectrum Clubs, Inc. and Plaintiffs (collectively, the "Parties"). The

1

Parties request that all claims against Spectrum Clubs, Inc. be dismissed with prejudice in accordance with the terms of the Settlement Agreement and that the Settlement Agreement be sealed because a "key and material term of the settlement is that the terms of the settlement should be kept confidential."

For the reasons stated on the record at the September 23, 2013 hearing, the Court finds that good cause exists to grant the motions.  IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Settlement Agreements presented to the Court are approved and all claims asserted against Defendant Spectrum Clubs, Inc. are hereby dismissed in accordance with the terms of the Settlement Agreement and in their entirety with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.  Plaintiffs' claims against the remaining Defendants are unaffected by this Order.  Additionally, IT IS HEREBY ORDERED that the District Clerk file the Settlement Agreement under seal.

IT IS SO ORDERED.

DATED: San Antonio, Texas, September 23, 2013.

_____
David Alan Ezra
Senior United States District Judge