IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PAMELA R. LAY, BRIAN DUCOTE, RYAN JETER, ALYSSA JAYNES, MARCUS DEVANE, AND SIMON SUAREZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br>      Plaintiffs,<br><br>v.<br><br>SPECTRUM CLUBS, INC. AND GOLD'S GYM INTERNATIONAL, INC., GOLD'S TEXAS HOLDINGS GROUP, INC., GBG, INC., GOLD'S ALABAMA, LLC, GOLD'S GYM ROCKIES, LLC, GOLD'S HOLDING CORP., GOLD'S OKLAHOMA, LLC, GOLD'S ST. LOUIS, LLC<br>      Defendants. | §§§§§§§§§§§§§§§§§§§§§ | Civ. No. 5:12-cv-00754-DAE |

**JOINT MOTION TO ENTER FINAL JUDGMENT**

Gold's Gym, International, Inc., Gold's Texas Holdings Group, Inc., GBG Inc., Gold's Alabama, LLC, Gold's Gym Rockies, LLC, Gold's Holding Corp., Gold's Oklahoma, LLC, Gold's St. Louis, LLC, Gold's Holding Corp. and GGI Holdings, Inc. ("Defendants") and Plaintiffs (collectively the "Parties") file this Joint Motion to Enter Final Judgment (the "Motion").

Gold's Gym International, Inc. made offers of judgment to each of the Plaintiffs in this case. All Plaintiffs have accepted the offers of judgment.

As required by Fed. R. Civ. P. 68, Defendants agree that a judgment may be entered jointly against Defendants for damages Plaintiffs allege to have suffered. Defendants further agree that the judgment include an award for attorneys' fees and costs accrued to date. Attached

as Exhibit A is a breakdown of the damages Defendants jointly agree to pay each individual Plaintiff, a breakdown of the amount paid as W-2 income and 1099 damages, and the amount of attorneys' fees Defendants jointly agree to pay on behalf of each Plaintiff.

Defendants agree to pay attorneys' fees directly to Plaintiffs' Counsel.

The parties request that the Court enter a final judgment as outlined above.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, the Parties pray that this Court grant this Motion and Enter Final Judgment as set forth in the attached proposed judgment.

Respectfully submitted,

*/s/ Carrie B. Hoffman*
Carrie B. Hoffman
Texas Bar No. 00787701
GARDERE WYNNE SEWELL LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4761
(214) 999-3000 (Telephone)
(214) 999-4667 (Facsimile)
choffman@gardre.com

*/s/ Lawrence Morales II*
Lawrence Morales II
Texas Bar No. 24051077
THE MORALES LAW FIRM, P.C.
115 E. Travis, Suite 1530
San Antonio, Texas 78205
lawrence@themoralesfirm.com

*/s/ Roy R. Barrera III*
Roy R. Barrera III
Texas Bar No. 24028545
Shawn C. Golden
Texas Bar No. 24038922
GOLDEN & BARRERA, LLP
424 East Nueva
San Antonio, Texas 78205
Telephone: (210) 244-5858
Facsimile: (210) 224-5890
rbarrera@golden-barrera.com
sgolden@golden-barrera.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served via the Court's ECF system upon the attorneys of record on June 2, 2014:

  */s/ Carrie Hoffman*
Carrie Hoffman