| Named/Opt-In Plaintiffs | W2 Withholdings | 1099 | Total | Attorney's Fees and Costs |
|---|---|---|---|---|
| Alan C. Kauffman | $1,372.89 | $1,372.89 | $2,745.78 | $5,849.55 |
| Amanda Marks | $264.02 | $264.01 | $528.03 | $1,124.90 |
| Andrew Fuentes | $1,879.69 | $1,879.69 | $3,759.38 | $8,008.90 |
| Antanacio W. Olivarez | $64.49 | $64.48 | $128.97 | $274.75 |
| Armando Raymond Albiar | $600.81 | $600.80 | $1,201.61 | $2,559.88 |
| Ashly Direnzo | $38.76 | $38.76 | $77.52 | $165.15 |
| Audrey Flowers | $45.45 | $45.44 | $90.89 | $193.63 |
| Brian C. Ducote | $259.87 | $259.86 | $519.73 | $1,107.22 |
| Chad Lightfoot | $270.24 | $270.23 | $540.47 | $1,151.41 |
| Christopher A. Lay | $46.82 | $46.82 | $93.64 | $199.49 |
| Colin Kirk | $328.62 | $328.61 | $657.23 | $1,400.15 |
| David Alcorta | $303.82 | $303.81 | $607.63 | $1,294.48 |
| David P. Shipp | $241.89 | $241.89 | $483.78 | $1,030.63 |
| Devin A. Doty | $842.14 | $842.13 | $1,684.27 | $3,588.13 |
| Erica Hughes | $79.06 | $79.06 | $158.12 | $336.86 |
| Ernesto Eduardo Cantu | $1,081.05 | $1,081.05 | $2,162.10 | $153.07 |
| Eryn Hernandez | $587.24 | $587.25 | $1,174.49 | $2,502.11 |
| George Sanchez | $1,843.90 | $1,843.90 | $3,687.80 | $7,856.41 |
| Hilda Veronica Navarro | $80.31 | $80.31 | $160.62 | $342.18 |
| Ismael Najera | $289.96 | $289.97 | $579.93 | $1,235.47 |
| Jacques Michael Everly | $2,184.54 | $2,184.53 | $4,369.07 | $9,307.77 |
| James C. Dohogne | $154.90 | $154.90 | $309.80 | $659.99 |
| Jason Madero | $129.11 | $129.12 | $258.23 | $550.13 |
| Jeremy A. Lopez | $3,750.00 | $3,750.00 | $7,500.00 | $5,054.71 |
| Jeremy Wilson | $582.92 | $582.92 | $1,165.84 | $2,483.68 |
| Jerry Stephens | $27.07 | $27.07 | $54.14 | $115.34 |
| Jessee Weavel | $129.18 | $129.17 | $258.35 | $550.38 |
| Joshua Brockman | $95.21 | $95.20 | $190.41 | $405.65 |
| Justin Brooks | $528.59 | $528.59 | $1,057.18 | $2,252.19 |
| Kari Kursty Perry | $338.05 | $338.06 | $676.11 | $1,440.37 |
| Kathryn J. Hatam | $134.51 | $134.50 | $269.01 | $573.09 |
| Kent Cruice Smith | $83.56 | $83.55 | $167.11 | $356.01 |
| Krystal O'Banyonn | $2,405.93 | $2,405.92 | $4,811.85 | $10,251.06 |
| Lance Gunter | $801.98 | $801.97 | $1,603.95 | $3,417.02 |
| Lauren Ashley Maleske | $469.08 | $469.08 | $938.16 | $1,998.64 |
| Luis A. Vargas IV | $191.85 | $191.85 | $383.70 | $817.43 |
| Marc Anthony Guzman | $1,888.93 | $1,888.93 | $3,777.86 | $8,048.27 |
| Marcus Alan DeVane | $357.37 | $357.37 | $714.74 | $1,522.67 |
| Mark Alan Hyatt | $817.11 | $817.10 | $1,634.21 | $3,481.49 |
| Pamela R. Lay | $534.99 | $535.00 | $1,069.99 | $2,279.48 |
| Patricia Vasquez | $148.30 | $148.30 | $296.60 | $631.87 |
| Phillip C. Hallberg | $2,137.17 | $2,137.17 | $4,274.34 | $9,105.96 |
| Raul Vela, Jr. | $1,340.38 | $1,340.37 | $2,680.75 | $5,711.01 |
| Raymond Glass III | $1,406.41 | $1,406.40 | $2,812.81 | $5,992.35 |
| Robbert Tai-Lyn Gilbert | $124.28 | $124.28 | $248.56 | $529.53 |
| Robert Aaron Solis | $2,255.20 | $2,255.20 | $4,510.40 | $9,608.86 |
| Roger Valdez | $394.19 | $394.18 | $788.37 | $1,679.53 |
| Sarah R. Villegas | $882.97 | $882.96 | $1,765.93 | $3,762.10 |
| Sheryl A. Phillips | $26.16 | $26.16 | $52.32 | $111.46 |
| Steven A. Vidal | $178.63 | $178.64 | $357.27 | $761.12 |
| Tracy James Mosteller | $61.22 | $61.21 | $122.43 | $260.82 |
| Ventura Castillo | $405.86 | $405.86 | $811.72 | $1,729.27 |
| Vicente Carrara | $353.11 | $353.10 | $706.21 | $1,504.49 |
| Wanda Hutton | $396.65 | $396.65 | $793.30 | $1,690.03 |
| Zachary Mertens | $296.00 | $296.00 | $592.00 | $1,261.18 |
| Aaron Edwards | $0.00 | $50.00 | $50.00 | $106.52 |
| Alexander Reid | $0.00 | $50.00 | $50.00 | $106.52 |

| Named/Opt-In Plaintiffs | W2 Withholdings | 1099 | Total | Attorney's Fees and Costs |
|---|---|---|---|---|
| Alexandra Herrera | $0.42 | $49.58 | $50.00 | $106.52 |
| Alyssa Jaynes | $0.00 | $50.00 | $50.00 | $106.52 |
| Andrea E. Prieto | $0.00 | $50.00 | $50.00 | $106.52 |
| Austin Michael Hoover | $0.00 | $50.00 | $50.00 | $106.52 |
| Brandi DeGroat | $21.15 | $28.85 | $50.00 | $106.52 |
| Camilo A. Pena | $0.00 | $50.00 | $50.00 | $106.52 |
| Carol Wright | $20.16 | $29.84 | $50.00 | $106.52 |
| Casey Doyle | $4.35 | $45.65 | $50.00 | $106.52 |
| Chaz Day | $0.00 | $50.00 | $50.00 | $106.52 |
| Chris Carnes | $6.80 | $43.20 | $50.00 | $106.52 |
| Christopher Gaddy | $0.00 | $50.00 | $50.00 | $106.52 |
| Cody Doyle | $0.00 | $50.00 | $50.00 | $106.52 |
| Dandy Chris Wiles | $2.78 | $47.22 | $50.00 | $106.52 |
| Daniel Lee Hilliard | $0.00 | $50.00 | $50.00 | $106.52 |
| Danielle Baker | $0.20 | $49.80 | $50.00 | $106.52 |
| David Johnson | $5.06 | $44.94 | $50.00 | $106.52 |
| David Lisk | $0.00 | $50.00 | $50.00 | $106.52 |
| David Williams | $3.28 | $46.72 | $50.00 | $106.52 |
| Elenilson Ruiz | $0.00 | $50.00 | $50.00 | $106.52 |
| Gordon Goevert | $0.00 | $50.00 | $50.00 | $106.52 |
| Hedi Sandberg | $15.08 | $34.92 | $50.00 | $106.52 |
| James Stevenson Jr. | $4.48 | $45.52 | $50.00 | $106.52 |
| Jason Spears | $0.00 | $50.00 | $50.00 | $106.52 |
| Jeremy Smetana | $0.00 | $50.00 | $50.00 | $106.52 |
| Jimmy Gaston | $0.00 | $50.00 | $50.00 | $106.52 |
| Joaquin Galvan | $1,030.86 | $1,030.85 | $2,061.71 | $106.52 |
| Juan C. Macall | $10.45 | $39.55 | $50.00 | $106.52 |
| Kalum L. Davis | $3.62 | $46.38 | $50.00 | $106.52 |
| Kameron Blake Lombard | $0.00 | $50.00 | $50.00 | $106.52 |
| Kenneth C. Baker Jr. | $0.00 | $50.00 | $50.00 | $106.52 |
| Macario Escamilla III | $0.00 | $50.00 | $50.00 | $106.52 |
| Matthew J. McCarthy | $0.00 | $50.00 | $50.00 | $106.52 |
| Nicolas Alejandro Perez | $0.00 | $50.00 | $50.00 | $106.52 |
| Patrick Shawn Hunt | $0.00 | $50.00 | $50.00 | $106.52 |
| Quinton Evans | $0.00 | $50.00 | $50.00 | $106.52 |
| Ryan Earl Jeter | $0.00 | $50.00 | $50.00 | $106.52 |
| Ryan J. Flynn | $17.57 | $32.43 | $50.00 | $106.52 |
| Ryan Kinch | $0.00 | $50.00 | $50.00 | $106.52 |
| Sean P. Taylor | $0.00 | $50.00 | $50.00 | $106.52 |
| Shani Stelzer (formerly Schefft) | $1.86 | $48.14 | $50.00 | $106.52 |
| Shannon Roundtree | $22.45 | $27.55 | $50.00 | $106.52 |
| Sharaunda Ballinger | $10.41 | $39.59 | $50.00 | $106.52 |
| Shawn Hunter | $4.82 | $45.18 | $50.00 | $106.52 |
| Simon Suarez | $0.00 | $50.00 | $50.00 | $106.52 |
| Stacy Sadler | $0.00 | $50.00 | $50.00 | $106.52 |
| Steven Vazquez | $0.00 | $50.00 | $50.00 | $106.52 |
| Teroy D. Knox | $0.00 | $50.00 | $50.00 | $106.52 |
| Tyree Johnson | $0.00 | $50.00 | $50.00 | $106.52 |
| Weston Taylor | $0.00 | $50.00 | $50.00 | $106.52 |
| William S. Bizzle | $0.00 | $50.00 | $50.00 | $106.52 |
| William Sean Reeve | $0.00 | $50.00 | $50.00 | $106.52 |
| **Total** | **$37,718.24** | **$40,008.18** | **$77,726.42** | **$145,924.85** |